IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WALTER G CARTER JR, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00210-TES |
| | * |
| FRANK KENDALL, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 18, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.  Defendant shall also recover costs of this action.

This 21st day of January, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk